# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| TERRY PIERCE, )  )  Plaintiff, )  )  v. )  )  PRIMEREVENUE, INC., )  DAVID QUILLIAN, and )  B.J. BAIN, )  )  Defendants. ) | Case No.  2:17-cv-2233-JTM-JPO |

## DEFENDANTS' MOTION TO ENFORCE THE PARTIES' SETTLEMENT AGREEMENT

COMES NOW Defendants PrimeRevenue, Inc., ("PrimeRevenue") David Quillian ("Quillian") and B.J. Bain ("Bain") (collectively, "Defendants") and respectfully move the Court to enforce the parties' settlement, including compelling the filing of a stipulated dismissal of all claims.  Defendants are filing contemporaneously a Memorandum in Support of their Motion to Enforce the Parties' Settlement Agreement, which is fully incorporated herein by reference.

Respectfully submitted,

*/s/ James R. Ward*
Brian J. Christensen, KS Bar #16528
Brian.Christensen@jacksonlewis.com
James R. Ward, KS Bar # 15924
James.Ward@jacksonlewis.com
JACKSON LEWIS P.C.
7101 College Blvd, Suite 1200
Overland Park, KS 66210
Tel:  (913) 981-1018
Fax:  (913) 981-1019

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on this 11th day of July, 2018, a true and accurate copy of the above and foregoing was filed electronically via the Court's CM/ECF electronic filing system which will send a notice of electronic filing to the following counsel of record:

Christopher F. Pickering
130 N. Cherry St., Suite 100
Olathe, KS 66061
Email:  cfp@pickeringlawfirm.com

**ATTORNEY FOR PLAINTIFF
AND COUNTER DEFENDANT**

                                                 */s/ James R. Ward*
                                                 **AN ATTORNEY FOR DEFENDANTS**

4817-3150-0909, v. 1