## Ward, James R. (Kansas City)

| | |
|---|---|
| **From:** | Ward, James R. (Kansas City) |
| **Sent:** | Friday, June 01, 2018 1:01 PM |
| **To:** | ksd_ohara_chambers@ksd.uscourts.gov |
| **Cc:** | Chris Pickering; Christensen, Brian J. (Kansas City) |
| **Subject:** | Terry Pierce v. PrimeRevenue, et al. - Case No. 17-2233-JTM |

**Tracking:** **Recipient**

ksd_ohara_chambers@ksd.uscourts.gov

Chris Pickering

Christensen, Brian J. (Kansas City)

Good afternoon, Magistrate O'Hara:

Pursuant to the Amended Scheduling Order dated January 11, 2018 [ECF 65], we are required to submit the parties' proposed pretrial order by today. The parties are not submitting such order at this time, as we believe we have reached settlement of the matter.

Thanks for your attention to this matter.

Best regards

Jim Ward

**James R. Ward**
Attorney at Law
**Jackson Lewis P.C.**
7101 College Blvd.
Suite 1200
Overland Park, KS 66210
Direct: (913) 982-5752 | Main: (913) 981-1018 | Mobile: (816) 304-1776
James.Ward@Jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

**EXHIBIT B**