## Ward, James R. (Kansas City)

| | |
|---|---|
| **From:** | Ward, James R. (Kansas City) |
| **Sent:** | Thursday, June 28, 2018 5:47 PM |
| **To:** | Chris Pickering |
| **Cc:** | Christensen, Brian J. (Kansas City) |
| **Subject:** | RE: Pierce v. PrimeRevenue et al. - CONFIDENTIAL SETTLEMENT COMMUNICATION |

Good afternoon, Chris:

    I'm following up on status of Terry Pierce's execution of the settlement agreement that I sent you on June 4, 2018, per below. As you know, the Court is expecting a stipulation of dismissal to be filed by July 2, 2018.

Please advise, and thanks.

Jim


**James R. Ward**
Attorney at Law
**Jackson Lewis P.C.**
7101 College Blvd.
Suite 1200
Overland Park, KS 66210
Direct: (913) 982-5752 | Main: (913) 981-1018 | Mobile: (816) 304-1776
James.Ward@Jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

**From:** Ward, James R. (Kansas City)
**Sent:** Monday, June 04, 2018 1:09 PM
**To:** Chris Pickering <cfp@pickeringlawfirm.com>
**Cc:** Christensen, Brian J. (Kansas City) <Brian.Christensen@jacksonlewis.com>
**Subject:** RE: Pierce v. PrimeRevenue et al. - CONFIDENTIAL SETTLEMENT COMMUNICATION

Good afternoon, Chris:

    I've attached a Confidential Settlement Agreement and Release document, consistent with the settlement of the Kansas litigation agreed to per our May 25, 2018 e-mail exchange below. If you have any comments regarding the document, please let

1

**EXHIBIT D**

me know.  Otherwise, I assume that you'll execute it, and tender to Terry Pierce for his execution, in the near future.

Thank you,

Jim Ward

**James R. Ward**
Attorney at Law
**Jackson Lewis P.C.**
7101 College Blvd.
Suite 1200
Overland Park, KS 66210
Direct: (913) 982-5752 | Main: (913) 981-1018 | Mobile: (816) 304-1776
James.Ward@Jacksonlewis.com   |   www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

---

**From:** Chris Pickering [mailto:cfp@pickeringlawfirm.com]
**Sent:** Friday, May 25, 2018 10:56 AM
**To:** Ward, James R. (Kansas City) <James.Ward@Jacksonlewis.com>
**Subject:** Re: Pierce v. PrimeRevenue et al. - CONFIDENTIAL SETTLEMENT COMMUNICATION

Jim:

On behalf of Terry Pierce, I confirm that this is agreeable.

CP


*"Facts are stubborn things; and whatever may be our wishes, our inclinations, or the dictates of our passion, they cannot alter the state of facts and evidence."*  John Adams
Christopher F. Pickering
The Pickering Law Firm, P.A.
130 N. Cherry, Suite 100
Olathe, Kansas  66061
PH: 913-647-9019
Direct: 913-647-9199
FX: 1-844-804-8114


Email: cfp@pickeringlawfirm.com


CONFIDENTIALITY NOTICE:  This email message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review,

2

**EXHIBIT D**

use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email (or call 913-647-9019) and destroy all copies of the original message. If you are the intended recipient of this message but do not wish to receive communications through this medium, please advise the sender immediately. NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication. Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.
Thank you

IRS Circular 230 Disclosure: In the event that we inadvertently give you tax advice - which is unlikely as we disclaim any tax expertise - and to ensure compliance with the requirements imposed by the U. S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding tax-related or other penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax related matter addressed herein.

> On May 25, 2018, at 10:28 AM, Ward, James R. (Kansas City) <James.Ward@jacksonlewis.com> wrote:
>
> Good morning, Chris:
>
> To confirm our call this morning, PrimeRevenue, David Quillian, and B.J Bain (the "Kansas defendants") are prepared to settle all claims between them and Pierce in the pending Kansas action in accordance with the following core terms:
>
> 1. General release by Terry Pierce, in exchange for which the Kansas defendants will pay a total sum of $10,000 to Pierce and will dismiss their counter-claims asserted against Pierce in the Kansas action, with prejudice;
> 2. Release by the Kansas defendants of all claims that they have asserted against Pierce in the Kansas action, with full exclusion of all claims asserted by Prime Revenue against Pierce in the separate Georgia action, as well as any potential claims that Prime Revenue may have now, or in the future, against Pierce arising from Pierce's possession, use and/or dissemination of PrimeRevenue's confidential, proprietary, and trade secret information;
> 3. Dismissal of all claims asserted by Pierce against the Kansas defendants in the Kansas action, with prejudice;
> 4. Tax indemnification by Pierce for any tax consequences related to the settlement payment;
> 5. Confidentiality applicable to Pierce and your law firm, including a provision for damages for breach thereof by Pierce;
> 6. Mutual non-disparagement;

3

EXHIBIT D

7. No re-employment by Pierce with PrimeRevenue or any of its affiliates; and
8. Each party to bear its own attorney's fees and costs incurred in the Kansas action.

Please confirm that the above is agreeable to you and Mr. Pierce as soon as possible.

Best regards,

Jim


**James R. Ward**
Attorney at Law
**Jackson Lewis P.C.**
7101 College Blvd.
Suite 1200
Overland Park, KS 66210
Direct: (913) 982-5752 | Main: (913) 981-1018 | Mobile: (816) 304-1776
James.Ward@Jacksonlewis.com  |  www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

EXHIBIT D