## Ward, James R. (Kansas City)

| | |
|---|---|
| **From:** | Chris Pickering <cfp@pickeringlawfirm.com> |
| **Sent:** | Tuesday, July 03, 2018 12:55 PM |
| **To:** | Susan_Jarrold@ksd.uscourts.gov |
| **Cc:** | Ward, James R. (Kansas City); Christensen, Brian J. (Kansas City) |
| **Subject:** | Re: Pierce v. PrimeRevenue, Inc. et al - 2:17-cv-02233-JWB-JPO |

Ms. Jarrold:

We currently do not have a signed settlement agreement. There is a dispute about the terms of settlement. I'm told the parties are working toward resolution of both matters, but that has not been achieved yet.

CP

*"Facts are stubborn things; and whatever may be our wishes, our inclinations, or the dictates of our passion, they cannot alter the state of facts and evidence."*  John Adams
Christopher F. Pickering
The Pickering Law Firm, P.A.
130 N. Cherry, Suite 100
Olathe, Kansas  66061
PH: 913-647-9019
Direct: 913-647-9199
FX: 1-844-804-8114


Email: cfp@pickeringlawfirm.com

CONFIDENTIALITY NOTICE:  This email message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email (or call 913-647-9019) and destroy all copies of the original message.  If you are the intended recipient of this message but do not wish to receive communications through this medium, please advise the sender immediately. NOTICE: The Missouri Bar and Missouri Supreme Court require all Missouri attorneys to notify e-mail recipients that e-mail is not a secure method of communication, that it may be copied and held by any computer through which it passes, and persons not participating in the communication may intercept the communication.  Should you wish to discontinue this method of communication, please advise, and no further e-mail communication will be sent.
Thank you

IRS Circular 230 Disclosure:  In the event that we inadvertently give you tax advice - which is unlikely as we disclaim any tax expertise - and to ensure compliance with the requirements imposed by the U. S. Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachements) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding tax-related or other penalties under the U.S. Internal Revenue Code, or (2) promoting, marketing or recommending to another party any tax related matter addressed herein.

**EXHIBIT E**

On Jul 3, 2018, at 11:52 AM, Susan_Jarrold@ksd.uscourts.gov wrote:

Counsel,

On June 1, Judge O'Hara ordered the parties to file their stipulation of dismissal by July 2 (see ECF No. 90). The parties are directed to file their stipulation today.

Thanks,

Susan Jarrold
Law Clerk to U.S. Magistrate Judge James P. O'Hara

**EXHIBIT E**