IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TERRY PIERCE,

    Plaintiff,

v.      Case No. 17-2233-JWB

PRIMEREVENUE, INC., et al.,

    Defendants.

**MEMORANDUM AND ORDER**

This matter is before the court on Defendants' motion to dismiss with prejudice. (Doc. 103.) Plaintiff has not filed a response and the time for doing so has now passed. For the reasons stated herein, Defendants' motion is GRANTED.

On July 11, Defendants filed a motion to enforce the settlement agreement. (Doc. 91.) The court granted Defendants' motion (Doc. 102). The court allowed Defendants ten days to remit payment to Plaintiff and move for dismissal. *Id.* Defendants have now delivered the settlement payment to Plaintiff. (Doc. 103, Exh. 1.)

The court finds that Defendants have complied with the terms of the settlement agreement and that this action should therefore be dismissed with prejudice according to the terms of that agreement.

Defendants motion to dismiss this action with prejudice is GRANTED. (Doc. 103.)

**IT IS SO ORDERED** this 13th day of November, 2018

          ___s/ John W. Broomes_____
          JOHN W. BROOMES
          UNITED STATES DISTRICT JUDGE